UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

    Plaintiff,

                                    Hon. Jane M.  Beckering

v.

                                    Case No.  1:26-cr-00066

ELIASAR VELAZQUEZ- LUCAS,

    Defendant.

_____/

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged in an Indictment.  Count 1 charges defendant with alien reentry, in violation of  8 U.S.C. §§ 1326(a).

The government sought defendant's detention on the basis that he poses a  risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on July 17, 2026,  at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and for the reasons stated on the record, the Court finds that the government has met its burden of establishing by preponderant evidence that defendant poses a risk of non-appearance.  Further, the Court finds that there is no condition or combination of conditions of release that will ensure the appearance of the defendant.  Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney

General pending trial.

DONE AND ORDERED on July 20, 2026.

   /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge